**WENDEL, ROSEN, BLACK & DEAN LLP**
Eugene M. Pak (Bar No. 168699)
Jason M. Horst (Bar No. 245370)
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Tel:   (510) 834-6600
Fax:   (510) 834-1928
Email: epak@wendel.com / jhorst@wendel.com

Attorneys for Defendant
The 21st Amendment Brewery Café, LLC


**BECK & LEE TRIAL LAWYERS**
Jared H. Beck (CA Bar No. 233743)
Elizabeth Lee Beck (CA Bar No. 233742)
Beverly Virues (FL Bar No. 123713)
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Tel:   305-234-2060
Fax:   786-664-3334
Email: elizabeth@beckandlee.com / jared@beckandlee.com

**CULLIN O'BRIEN LAW, P.A.**
Cullin O'Brien (FL Bar No. 597341)
6541 NE 21st Way
Fort Lauderdale, Florida 33108
Tel:   561-676-6370
Fax:   561-320-0285

Counsel for Plaintiff and Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDAN PEACOCK, on Behalf of Himself, and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>THE 21ST AMENDMENT BREWERY CAFE, LLC,<br><br>           Defendant. | Case No. 3:17-cv-01918-JST<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT OR FILE OTHER RESPONSIVE PLEADING, CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

018602.0010\4725862.1         STIPULATION RE EXTENSION OF TIME TO         4:17-cv-01918
RESPOND TO COMPLAINT, AND CONTINUE
CASE MANAGEMENT CONFERENCE

1  Pursuant to N.D. Cal. Civil Local Rules 6-1 and 6-2, Defendant, The 21st Amendment Brewery Cafe, LLC ("Defendant") and Plaintiff Brendan Peacock ("Plaintiff"), through their respective counsel, hereby stipulate and agree as follows: Defendant shall answer or otherwise respond to Plaintiff's Class Action Complaint and Demand for Jury Trial on or before <u>June 30, 2017</u>.

The parties further stipulate and respectfully request that the Case Management Conference scheduled for Monday, July 12, 2017 be re-set to Monday, ~~August 14, 2017~~ August 23, 2017 at 2 pm, or as soon thereafter as the Court's schedule allows, with the Joint Case Management Conference Statement due seven Court days (August 7, 2017) prior to the conference. The parties are engaged in settlement discussions and seek time to pursue possible settlement of this case. The initial case management conference was scheduled for June 29, 2017, but was then re-scheduled by the Court to July 12, 2017 when the case was re-assigned to Judge Tigar. The requested continuance would have minimal impact on the schedule for the case which was filed just last month.

DATED: May 26, 2017                WENDEL, ROSEN, BLACK & DEAN LLP

By: */s/ Eugene M. Pak*
Eugene M. Pak
Attorneys for Defendant
The 21st Amendment Brewery Café, LLC

DATED: May 26, 2017                BECK & LEE TRIAL LAWYERS

By: */s/ Elizabeth Lee Beck*
Elizabeth Lee Beck
Attorneys for Plaintiff and Putative Class

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

018602.0010\4725862.1

STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE

1

4:17-cv-01918

1 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

5 | DATED: May 52, 2017       By: _____



Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036