UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN PEACOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>THE 21ST AMENDMENT BREWERY CAFE, LLC,<br><br>    Defendant. | Case No. 17-cv-01918-JST<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT OR FILE OTHER RESPONSIVE PLEADING AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF Nos. 13, 14 |

Before the Court is the parties' Stipulation to Extend Time to Answer Complaint or File Other Responsive Pleading and Continue Case Management Conference. ECF Nos. 13, 14. In the stipulation, the parties request that the Court extend the deadline for Defendant The 21st Amendment Brewery Cafe, LLC to respond to Plaintiff's complaint from June 30, 2017 to July 31, 2017. The parties also request that the Court continue the date of the Initial Case Management Conference from August 23, 2017 to October 2, 2017.

The Court will grant the request to extend Defendant's deadline to respond to the complaint to July 31, 2017. However, the Court has already granted one continuance of the Initial Case Management Conference, and sees no reason for a further continuance. That portion of the request is therefore denied.

**IT IS SO ORDERED.**

Dated: June 30, 2017

_____
JON S. TIGAR
United States District Judge