| | |
|---|---|
| JARED H. BECK (CA Bar No. 233743)<br>ELIZABETH LEE BECK (CA Bar No. 233742)<br>BEVERLY VIRUES<br>FL Bar No. 123713<br>jared@beckandlee.com<br>elizabeth@beckandlee.com<br>beverly@beckandlee.com<br>**BECK & LEE TRIAL LAWYERS**<br>Corporate Park at Kendall<br>12485 SW 137th Ave., Suite 205<br>Miami, Florida 33186<br>Tel: 305-234-2060<br>Fax: 786-664-3334<br><br>CULLIN O'BRIEN<br>FL Bar No. 597341<br>cullin@cullinobrienlaw.com<br>**CULLIN O'BRIEN LAW, P.A.**<br>6541 NE 21st Way<br>Fort Lauderdale, Florida 33108<br>Tel: 561-676-6370<br>Fax: 561-320-0285<br><br>Counsel for Plaintiff and Putative Class | DAVID D. SOHN (CA Bar No. 221119)<br>david@sohnlegal.com<br>**SOHN LEGAL GROUP, P.C.**<br>275 Battery St., Suite 200<br>San Francisco, CA 94111<br>Tel: 415-421-1300<br>Fax: 415-423-3455<br><br>Counsel for Plaintiff and Putative Class<br><br>EUGENE M. PAK (CA Bar No. 168699)<br>epak@wendel.com<br>KATHERINE KAO (CA Bar No. 267475)<br>kkao@wendel.com<br>**WENDEL ROSEN BLACK & DEAN LLP**<br>1111 Broadway, 24th Fl.<br>Oakland, California 94607<br>Tel: 510-622-7684<br>Fax: 510-808-4726<br><br>Counsel for Defendant |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN PEACOCK, on Behalf of Himself, and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE 21ST AMENDMENT BREWERY CAFE, LLC,<br><br>    Defendant. | Case No: 3:17-cv-01918 JST<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND EXTEND DEFENDANT'S TIME TO REPLY**<br><br>Complaint Filed: April 6, 2017<br>Trial Date: None Set |

018602.0010\4842454.1

Pursuant to N.D. Cal. Civil Local Rule 6-1, Plaintiff Brendan Peacock ("Plaintiff"), and Defendant, The 21st Amendment Brewery Cafe, LLC ("Defendant"), through their respective counsel, hereby stipulate and agree as follows:

Whereas, the Complaint was filed in this court on April 6, 2017.

Whereas, Defendant filed a Motion to Dismiss Plaintiff's Complaint on July 31, 2017.

Whereas, on August 14, 2017, this court issued an Order granting Plaintiff and Defendant's Stipulation to extend the deadline to respond to Defendant's Motion to Dismiss Plaintiff's Complaint to September 13, 2017, and extend the deadline for Defendant to file a Reply to September 29, 2017.

The parties stipulate and respectfully request an extension up to and including September 27, 2017, for Plaintiff to Respond to Defendant's Motion to Dismiss.

The parties further stipulate and respectfully request an extension up to and including October 11, 2017 for Defendant to Reply to Plaintiff's Response to Defendant's Motion to Dismiss.

The hearing on the Motion to Dismiss is currently set for November 2, 2017.

DATED: September 6, 2017

/s/ Elizabeth Lee Beck
Elizabeth Lee Beck
Counsel for Plaintiff and Putative Class

DATED: September 6, 2017

/s/ Eugene M. Pak
Eugene M. Pak
Counsel for Defendant

018602.0010\4842454.1

*Peacock v. The 21st Amendment Brewery Cafe*, Case No. 3:17-cv-01918
STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND EXTEND DEFENDANT'S TIME TO REPLY

1  PURSUANT TO THE STIPULATIONS, IT IS SO ORDERED:

DATED: Sepember 7, 2017  By: _____
HON. JON S. TIGAR

018602.0010\4842454.1

*Peacock v. The 21st Amendment Brewery Cafe*, Case No. 3:17-cv-01918
STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND EXTEND
DEFENDANT'S TIME TO REPLY