| | |
|---|---|
| JARED H. BECK (CA Bar No. 233743)<br>ELIZABETH LEE BECK (CA Bar No. 233742)<br>BEVERLY VIRUES<br>FL Bar No. 123713<br>jared@beckandlee.com<br>elizabeth@beckandlee.com<br>beverly@beckandlee.com<br>**BECK & LEE TRIAL LAWYERS**<br>Corporate Park at Kendall<br>12485 SW 137th Ave., Suite 205<br>Miami, Florida 33186<br>Tel:   305-234-2060<br>Fax:  786-664-3334<br><br>CULLIN O'BRIEN<br>FL Bar No. 597341<br>cullin@cullinobrienlaw.com<br>**CULLIN O'BRIEN LAW, P.A.**<br>6541 NE 21st Way<br>Fort Lauderdale, Florida 33108<br>Tel:   561-676-6370<br>Fax:  561-320-0285<br><br>Counsel for Plaintiff and Putative Class | DAVID D. SOHN (CA Bar No. 221119)<br>david@sohnlegal.com<br>**SOHN LEGAL GROUP, P.C.**<br>275 Battery St., Suite 200<br>San Francisco, CA 94111<br>Tel:   415-421-1300<br>Fax:  415-423-3455<br><br>Counsel for Plaintiff and Putative Class<br><br>EUGENE M. PAK (CA Bar No. 168699)<br>epak@wendel.com<br>**WENDEL ROSEN BLACK & DEAN LLP**<br>1111 Broadway, 24th Fl.<br>Oakland, California 94607<br>Tel:   510-622-7684<br>Fax:  510-808-4726<br><br>Counsel for Defendant |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN PEACOCK, on Behalf of Himself, and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>THE 21ST AMENDMENT BREWERY CAFE, LLC,<br><br>     Defendant. | Case No: 3:17-cv-01918 JST<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION**<br><br>Case Management Conference: January 17, 2018 at 2:00 PM<br><br>Complaint Filed:  April 6, 2017<br>Trial Date:  None Set |

---

*Peacock v. The 21st Amendment Brewery Cafe*, Case No. 3:17-cv-01918
STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION

| | |
|---|---|
| 1 | Pursuant to N.D. Cal. Civil Local Rule 6-2, Plaintiff Brendan Peacock ("Plaintiff"), and |
| 2 | Defendant, The 21st Amendment Brewery Cafe, LLC ("Defendant"), through their respective |
| 3 | counsel, hereby stipulate and agree as follows: |
| 4 | Whereas the parties stipulated to participate in mediation, which the Court ordered on |
| 5 | August 14, 2017. |
| 6 | Whereas the current deadline to complete Alternative Dispute Resolution is November |
| 7 | 13, 2017. |
| 8 | Whereas the case management conference scheduled for November 2, 2017 was |
| 9 | continued to January 17, 2017 and the hearing on defendant's motion to dismiss scheduled for |
| 10 | November 2, 2017 was vacated. |
| 11 | Whereas, the parties believe that mediation would be more fruitful were it to occur after |
| 12 | resolution of Defendant's pending motion to dismiss. |
| 13 | Therefore, the parties stipulate and respectfully request an extension of 90 days of the |
| 14 | deadline for the parties to complete mediation up to and including February 12, ~~2017.~~ 2018 |

DATED: October 26, 2017

/s/ Elizabeth Lee Beck
Elizabeth Lee Beck
Counsel for Plaintiff and Putative Class

DATED: October 26, 2017        /s/Eugene M. Pak
Eugene M. Pak
Counsel for Defendant

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated:  October 27, 2017

1

*Peacock v. The 21st Amendment Brewery Cafe*, Case No. 3:17-cv-01918
STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION

PURSUANT TO THE STIPULATIONS, IT IS SO ORDERED:

DATED: _____, 2017    By: _____
                                                HON. JON S. TIGAR

2

*Peacock v. The 21st Amendment Brewery Cafe*, Case No. 3:17-cv-01918
STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION