UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN PEACOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>THE 21ST AMENDMENT BREWERY CAFE, LLC,<br><br>    Defendant. | Case No. 17-cv-01918-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 55 |

The parties have filed a Notice of Settlement. See ECF No. 55. By April 20, 2018, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby sets a case management conference on May 9, 2018. That conference will be vacated automatically if a stipulation of dismissal is timely filed.

Any continuance of the deadlines set in this order requires a showing of good cause.

All other deadlines and hearings are vacated.

**IT IS SO ORDERED**.

Dated: March 6, 2018

_____
JON S. TIGAR
United States District Judge