| | |
|---|---|
| JARED H. BECK (CA Bar No. 233743) | DAVID D. SOHN (CA Bar No. 221119) |
| ELIZABETH LEE BECK (CA Bar No. 233742) | david@sohnlegal.com |
| BEVERLY VIRUES | **SOHN LEGAL GROUP, P.C.** |
| FL Bar No. 123713 | 275 Battery St., Suite 200 |
| jared@beckandlee.com | San Francisco, CA 94111 |
| elizabeth@beckandlee.com | Tel: 415-421-1300 |
| beverly@beckandlee.com | Fax: 415-423-3455 |
| **BECK & LEE TRIAL LAWYERS** | |
| Corporate Park at Kendall | Counsel for Plaintiff and Putative Class |
| 12485 SW 137th Ave., Suite 205 | |
| Miami, Florida 33186 | EUGENE M. PAK (CA Bar No. 168699) |
| Tel: 305-234-2060 | epak@wendel.com |
| Fax: 786-664-3334 | **WENDEL ROSEN BLACK & DEAN LLP** |
| | 1111 Broadway, 24th Fl. |
| CULLIN O'BRIEN | Oakland, California 94607 |
| FL Bar No. 597341 | Tel: 510-622-7684 |
| cullin@cullinobrienlaw.com | Fax: 510-808-4726 |
| **CULLIN O'BRIEN LAW, P.A.** | |
| 6541 NE 21st Way | Counsel for Defendant |
| Fort Lauderdale, Florida 33108 | |
| Tel: 561-676-6370 | |
| Fax: 561-320-0285 | |

Counsel for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN PEACOCK, on Behalf of Himself, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE 21ST AMENDMENT BREWERY CAFE, LLC,<br><br>Defendant. | Case No: 3:17-cv-01918 JST<br><br>CLASS ACTION<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>Complaint Filed: April 6, 2017<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brendan Peacock dismisses this action with prejudice with each party bearing their own attorney's fees and costs.

DATED: March 29, 2018

/s/ Elizabeth Lee Beck
Elizabeth Lee Beck
Counsel for Plaintiff and Putative Class

DATED: March 29, 2018

/s/ Eugene M. Pak
Eugene M. Pak
Counsel for Defendant

PURSUANT TO THE STIPULATIONS, IT IS SO ORDERED:

DATED: March 29, 2018    By: _____
                             HON. JON S. TIGAR